# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Robert Pasinella<br><br>xxx–xx–7555<br>PO Box 523<br>Troy, NY 12180<br><br>Flora Pasinella<br><br>xxx–xx–0594<br>PO Box 523<br>Troy, NY 12180 | Case Number: 07–12770–1–rel<br><br>Chapter: 13 |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

Andrea E. Celli is discharged as trustee of the estate of the above named debtor(s), and the bond is cancelled.

The case of the above named debtor(s) is closed.

Albany, NY
DATED: 10/21/11

*BY THE COURT*

Robert E. Littlefield Jr.
Chief U.S. Bankruptcy Judge